LIBERTY BANK
WEST DES MOINES, IA 50266

AFC PRINTING
131 LIBERTY AVENUE
MINEOLA, NY 11501

ALL ISLAND MEDIA
1 RODEO DRIVE
EDGEWOOD, NY 11717

ALL SERVICE
10 CHARLES STREET
PO BOX 310
NEW HYDE PARK, NY 11040

AMERICAN EXPRESS MERCHANT FINANCING
P.O. BOX 981540
EL PASO, TX 79998-1540

AMERICAN EXPRESS TRS CO INC
200 VESEY STREET
NEW YORK, NY 10080

CAPITAL ONE BANK
LOAN SERVICES
PO BOX 4539
HOUSTON, TX 77210

ARROW PRODUCE
461 RAILROAD AVENUE
WESTBURY,  NY 11590

AUTO-CHLOR SYSTEM
1530 OLD COUNTRY ROAD
PLAINVIEW, NY 11803

B&B DAIRY
26 EUSTON ROAD
GARDEN CITY, NY 11530-4129

BEST-METROPOLITAN TOWEL & LINEN SUPPLY
PO BOX 9004
60 MADISON AVENUE
HEMPSTEAD, NY 11551

BK FIRE SUPPRESSION
 & SECURITY SYSTEMS
826 SUFFOLK AVENUE
BRENTWOOD, NY 11717

BLANK SLATE MEDIA LLC
105 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

BORAX PAPER PRODUCTS INC.
1390 SPOFFORD AVENUE
BRONX, NY 10474

C&J VANTAGE LEASING CO
PO BOX 8219
DES MOINES, IA 50301

CAFFE SACCO, INC.
470 SMITH STREET
FARMINGDALE, NY 11735

CALIP DAIRIES, INC.
KOC ICE CREAM
17 YARMOUTH ROAD
EAST ROCKAWAY, NY 11518

CAPITAL CONTRACTORS, INC.
 88 DURYEA RD.
MELVILLE, NY 11747

CAPITAL ONE BANK
LOAN SERVICES
PO BOX 4539
HOUSTON, TX 77210

CESARE'S FRUIT COMPANY, INC.
22-34 COLLEGE POINT BLVD.
COLLEGE POINT, NY 11356

CHASE
PO BOX 659732
SAN ANTONIO, TX 78265

CHASE CARD SERVICES
4505 CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153

CHESAPEAKE SEAFOOD & CRAB CORP.
366 NORTH BROADWAY
STE. 410
JERICHO, NY 11753

CHURCH BULLETIN
PO BOX 1659
NORTH MASSAPEQUA, NY 11758-1659

CHURCH CHONICLE PUBLISHING CORP.
386 WASHINGTON STREET
ORANGE, NJ 07050

CINTAS
PO BOX 630803
CINCINATTI, OH 45263-0803

CITI CARDS
PO BOX 182564
COLUMBUS, OH 43218-2564

CLIPPER MAGAZINE
3708 HEMPLAND ROAD
PO BOX 610
MOUNTVILLE, PA 17554

COMMUNITY COUPONS
DIVISION OF THE B.C. CORP OR NY
100 CARNEY STREET
GLEN COVE, NY 11542

DELICIOUS DESSERTS, INC.
785 FIFTH AVENUE
BROOKLYN, NY 11232

DOLCE CASA, INC.
4 SAINT ROCCO PLACE
GLEN COVE, NY 11542

ELITE MARKETING GROUP, LLC
3 ANDOVER DRIVE
SYOSSET, NY 11791

EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222-9964

FORCHELLI, CURTO, DEEGAN, ET AL
THE OMNI
333 EARLE OVINGTON BLVD., STE 1010
UNIONDALE, NY 11553

FRANK'S BEVERAGES
59 CEDAR SWAMP ROAD
GLEN COVE, NY 11542

FREDERICK WILDMAN & SONS, LTD.
307 EAST 53 STREET
NEW YORK, NY 10022

GEBHARDT, INC.
140 EAST 2ND STREET
MINEOLA, NY 11501

GINO'S FARMLAND
169 NEW HYDE PARK RD.
FRANKLIN SQUARE, NY 11010

GRA-BAR, INC.
102 BOND STREET
WESTBURY, NY 11590

GREAT RESTAURANTS OF LONG ISLAND
PO BOX 2201
HALESITE, NY 11743

GUSTAVO R. DELGADO
C/O ARTHUR H. FORMAN, ESQ.
98-20 METROPOLITAN AVENUE
FOREST HILLS, NY 11375

HOME DEPOT CREDIT SERVICES
PO BOX 653000
DALLAS TX 75262

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PIHLADELPHIA PA 19101-7346

ISGUS AMERICA, LLC
155 POMPTON AVENUE
STE. 203
VERONA, NJ 07044

JAMAICA ASH & RUBBISH REMOVAL INC.
PO BOX 833
WESTBURY, NY 11590

JEWEL OF THE SEA
8049 JERICHO TPKE
WOODBURY, NY 11797

JEWISH POST
1807 73 STREET
BROOKLYN, NY 11204-9839

JPMORGAN CHASE BANK
COLLATERAL MGMT SMALL BUSINESS
PO BOX 33035
LOUISVILLE, KY 40232-9891

LAROSA BROS.
52 WOLCOTT ROAD
LEVITTOWN, NY 11756

LAURA CHAMAIDAN
C/O MILMAN LABUDA LAW GROUP, PLLC
3000 MARKUS AVENUE
STE. 3W8
LAKE SUCCESS, NY 11042

LIGHT BOX
535 HAWKINS AVENUE
RONKONKOMA, NY 11779

LIGHTHOUSE BEVERAGE GROUP, N.A.
3907 N. FEDERAL HWY. #156
POMPANO BEACH, FL 33064

LIONI SPECIALTY FOODS, INC.
555 LEHIGH AVENUE
UNION, NJ 07083

LIPA
PO BOX 888
HICKSVILLE NY 11801

LITURGICAL PUBLICATIONS INC.
5 PROGRESS DRIVE
CROMWELL, CT 06416-1096

LONG ISLAND SODA SYSTEMS
11 EVERGREEN AVENUE
PATCHOGUE, NY 11772

MAINLY MARKETING ENTERPRISES, INC.
24 EAST MAIN STREET
STE. 201
PO BOX 1439
PORT WASHINGTON, NY 11050

MATHEW'S PRIME
245 RTE. 109
WEST BABYLON, NY 11704

MERGING TECHNOLOGIES
PO BOX 11142
HAUPPAUGE, NY 11788

METROTOUCH, INC.
351 EAST 84 STREET
STE. 17D
NEW YORK, NY 10028

MILMAN LABUDA LAW GROUP, PLLC
3000 MARCUS AVENUE
STE. 3W8
LAKE SUCCESS, NY 11042

MULTI-FLOW INDUSTRIES
1434 COUNTY LINE ROAD
HUNTINGDON VALLEY, PA 19006

NATIONAL GRID
PO BOX 9083
MELVILLE, NY 11747

NEW YORK RAVIOLI & PASTA, CO.
12 SOUTH DENTON AVNEUE
NEW HYDE PARK, NY 11040

NEWSDAY
235 PINELAWN ROAD
MELVILLE, NY 11747

NORTH SHORE TODAY
PO BOX 734
HICKVILLE, NY 11802

NY METRO PARENTS
1400 BROADWAY
5TH FLOOR
NEW YORK, NY 10018

NYS DEPARTMENT OF TAXATION & FINANC
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
W A HARRIMAN STATE CAMPUS
ALBANY NY 12227

NYS DEPT OF TAX & FINANCE
BANKRUPTCY UNIT TCD
BLDG 8 ROOM 455
WA HARRIMAN STATE CAMPUS
ALBANY NY  12240

NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
W A HARRIMAN STATE CAMPUS
ALBANY NY 12227

OCEAN FROST CORP.
417 MULBURRY STREET
NEWARK, NJ 07114

```
OCEAN SEAFOOD DISTRIBUTORS
196-208 EMMET STREET
NEWARK, NJ 07114

PAPER TOPS
15 CANTERBURY DRIVE
HAUPPAUGE, NY 11788

PARKING SYSTEMS
PO BOX 160
VALLEY STREAM, NY 11582

PERLSON, LLP
977 NORTH BROADWAY
NORTH MASSAPEQUA, NY 11758

PETER HEWISTON

PETER HEWISTON, SR.
146 SCHLEY AVENUE
ALBERTSON, NY 11507

PETER HEWITSON
2370 JERICHO TURNPIKE
GARDEN CITY PARK, NY 1040

PETER'S FRUIT, CO.
52 OLD DOCK ROAD
YAPHANK, NY 11980

PG MEDIA NETWORK CORP.
419 PARK AVENUE SOUTH
NEW YORK, NY 10016
```

PREFERRED TOMATOES
PO BOX 277
GREENVALE, NY 11548

QUEENS COURIER
38-15 BELL BLVD.
BAYSIDE, NY 11361

QUEENS TRIBUNE
150-50 14 ROAD
WHITESTONE, NY 11357

RICHARD CIULLO
2870 RUGBY ROAD
OCEANSIDE, NY 11572

SANSONE FOOD PRODUCTS CO., INC.
2133 JERICHO TPKE
GARDEN CITY PARK, NY 11040

SOUTHERN WINE & SPIRITS OF NEW YORK
345 UNDERHILL BLVD.
PO BOX 9034
SYOSSET, NY 11791-9034

SPINNAKER ROSE, LTD.
THASA REALTY LLC
72 EAST OLD COUNTRY ROAD
MINEOLA, NY 11501

SQUARE DEAL COUPONS.COM, INC.
1670 OLD COUNTRY ROAD
STE. 104
PLAINVIEW, NY 11803

STATE FARM BANK
PO BOX 588002
NORTH METRO, GA 30029-8002

STEINBERG, FINEO, BERGER & FISCHOFF
40 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797

TOWER TIMES PUBLICATIONS, INC.
8 COLONIAL STREET
EAST NORTHPORT, NY 11731

TOWN PLANNER
2233 FOUTH STREET
EAST MEADOW, NY 11554

TRAVELERS
REMITTANCE CENTER
HARTFORD, CT 06183-1008

TRI-STATE MALTED WAFFLES, INC.
PO BOX 197
MILFORD, NH 03055

TWO COUSINS FISH MARKET
75 BENNINGTON AVENUE
FREEPORT, NY 11520

US DEPT. OF LABOR
WAGE & HOUR DIVISION
1400 OLD COUNTRY ROAD
SUITE 410
WESTBURY, NY 11590-5119

VAIL & SCHNEIDER, P.C.
275 MADISON AVNEUE
NEW YORK, NY 10016

WAGES

WARREN ELECTRIC PROTECTION SYS, INC.
2169 WANTAGH AVENUE
PO BOX 3000
WANTAGH, NY 11793

WESTBURY FISH COMPANY
249B DREXEL AVENUE
WESTBURY, NY 11590

WOODEN SHIPS, INC.
300 PARK AVENUE
GARDEN CITY PARK, NY 11040

YELLOW BOOK, USA
PO BOX 11815
NEWARK, NJ 07101-8115

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

—————————————————————x

**In Re:**

 **CODFISH LLC**

**Case No.**

**Chapter**        **11**

**Debtor(s)**

—————————————————————x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  **11/9/2012**

**s/ Peter Hewitson**
**Peter Hewitson**
Debtor

**/s/ Gary C. Fischoff**
**Gary C. Fischoff**
Attorney for Debtor

B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CODFISH LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a Uncle Bacala's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-5586399** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2370 Jericho Tpke.**<br>**Garden City Park, NY**<br>ZIP CODE **11040** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
| --- | --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." | ☑ Debts are primarily business debts. |
| --- | --- | --- | --- |

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| Statistical/Administrative Information<br><br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1) (12/11)**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br><br> **CODFISH LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location <br> Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br><br> ❑  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  **Not Applicable** _____ <br>   Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ❑  Yes, and Exhibit C is attached and made a part of this petition. <br> ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ❑  Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ❑  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. <br><br> ❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ❑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ❑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (12/11)                                                                                      FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CODFISH LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X **/s/ Gary C. Fischoff**
_____
Signature of Attorney for Debtor(s)

**Gary C. Fischoff  Bar No.  gf-0033**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Steinberg Fineo Berger Fischoff PC**
_____
Firm Name

**40 Crossways Park Drive Woodbury NY  11797**
_____
Address

**(516) 747-1136          (516) 747-0382**
_____
Telephone Number

**11/9/2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Peter Hewitson**
_____
Signature of Authorized Individual

**Peter Hewitson**
_____
Printed Name of Authorized Individual

**Managing Member**
_____
Title of Authorized Individual

**11/9/2012**
_____
Date

## UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

In re:  **CODFISH LLC** _____.        Case No. _____

                                    **Debtor**                          Chapter   **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on **June 11, 2012**.

a.      Total assets                                          $ _____ **52,070.56**

b.      Total debts (including debts listed in 2.c., below)   $ _____ **1,761,332.82**

                                                                    Approximate
                                                                    number of
                                                                    holders

c.      Debt securities held by more than 500 holders.

        secured          unsecured          subordinated      _____        _____

d.      Number of shares of preferred stock                   _____        _____

e.      Number of shares of common stock                      _____        _____

        Comments, if any:

3.      Brief description of debtor's business:

        **Restaurant**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

        **Peter Hewiston**

# United States Bankruptcy Court

## Eastern District of New York

In re:                                                              Case No. _____

                                                                   Chapter    **11**

    **CODFISH LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Peter Hewiston**, declare under penalty of perjury that I am the **Manging Member** of CODFISH LLC, a  **New York** Corporation and that on **June 11, 2012** the following resolution was duly adopted by the **Officer** of this Corporation:

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Peter Hewitson**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that **Peter Hewitson**, **Managing Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that **Peter Hewitson**, **Managing Member** of this Corporation, is authorized and directed to employ **Gary C. Fischoff**, attorney and the law firm of **Steinberg Fineo Berger Fischoff PC** to represent the Corporation in such bankruptcy case."

Executed on:   **11/9/2012**                              Signed:   **s/ Peter Hewitson**

                                                                                             **Peter Hewiston**

B6D (Official Form 6D) (12/07)

In re **CODFISH LLC** _____,    Case No. _____

                                    **Debtor**                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2012-05175579456**<br>**American Express TRS Co Inc**<br>**200 Vesey Street**<br>**New York, NY 10080** | X | | **Filed 05/17/2012**<br>**UCC**<br>**All Assets**<br>_____<br>**VALUE: Unknown** | | | | 97,245.28 | 0.00 |
| ACCOUNT NO. **2011-10126123970**<br>**JPMorgan Chase Bank**<br>**Collateral Mgmt Small Business**<br>**PO Box 33035**<br>**Louisville, KY 40232-9891** | | | **Filed 10/12/2011**<br>**UCC**<br>**All Assets**<br>_____<br>**VALUE: Unknown** | | | | 24,917.23 | 0.00 |

<u>0</u>    continuation sheets
         attached

Subtotal  ➢
(Total of this page)

| $ | 122,162.51 | $ | 0.00 |
|---|---|---|---|

Total  ➢
(Use only on last page)

| $ | 122,162.51 | $ | 0.00 |
|---|---|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **CODFISH LLC** _____      Case No. _____
                                              Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **CODFISH LLC** _____    Case No. _____
                                                                                    (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

## Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wages** | | | **Week ending 11/3/12** | | | | **15,072.00** | **15,072.00** | **$0.00** |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)

| $ | **15,072.00** | $ | **15,072.00** | $ | **0.00** |
|---|---|---|---|---|---|

Total ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **CODFISH LLC** _____,  Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **20-5586399**<br><br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Pihladelphia PA 19101-7346** | | | **10/12**<br>**Payroll Taxes** | | | | **21,793.86** | **21,793.86** | **$0.00** |
| ACCOUNT NO.  **20-5586399**<br><br>**NYS Department of Taxation & Financ**<br>**Bankruptcy Unit-TCD**<br>**Bldg 8 Room 455**<br>**W A Harriman State Campus**<br>**Albany NY 12227** | | | **10/12**<br>**Payroll Taxes** | | | | **21,793.86** | **21,793.86** | **$0.00** |
| ACCOUNT NO.  **20-5586399**<br><br>**NYS Dept of Taxation & Finance**<br>**Bankruptcy Unit-TCD**<br>**Bldg 8 Room 455**<br>**W A Harriman State Campus**<br>**Albany NY 12227** | | | **Sales tax**<br>**$88,000**<br>**$20,000 (Current Quarter)** | | | | **108,000.00** | **108,000.00** | **$0.00** |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▷ (Totals of this page) | $ **151,587.72** | $ **151,587.72** | $ **0.00** |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **166,659.72** | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **166,659.72** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re    **CODFISH LLC** _____.          Case No. _____

                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AFC Printing** <br>**131 Liberty Avenue** <br>**Mineola, NY 11501** | | | **10/12** <br><br> **Unsecured Claim** | | | | **3,700.00** |
| ACCOUNT NO. <br><br> **All Island Media** <br>**1 Rodeo Drive** <br>**Edgewood, NY 11717** | | H | **10/12** <br><br> **Unsecured Claim** | | | | **1,089.70** |
| ACCOUNT NO. <br><br> **All Service** <br>**10 Charles Street** <br>**PO Box 310** <br>**New Hyde Park, NY 11040** | | | **Unsecured Claim** | | | | **0.00** |
| ACCOUNT NO.    **6319420683-1312040300** <br><br> **American Express Merchant Financing** <br>**P.O. Box 981540** <br>**El Paso, TX 79998-1540** | | | **10/12** <br><br> **Credit Line** | | | | **48,817.94** |

<u>18</u>   Continuation sheets attached

                                                                    Subtotal  ➢ $              **53,607.64**

                                                                       Total  ➢ $

                                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                    **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____    Case No. _____

Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                     **Arrow Produce** **461 Railroad Avenue** **Westbury,  NY 11590** | | | 10/12  **Unsecured Claim** | | | | 1,293.18 |
| ACCOUNT NO.                                     **Auto-Chlor System** **1530 Old Country Road** **Plainview, NY 11803** | | | 10/12  **Unsecured Claim** | | | | 414.27 |
| ACCOUNT NO.                                     **B&B Dairy** **26 Euston Road** **Garden City, NY 11530-4129** | | | 10/12  **Unsecured Claim** | | | | 15,138.22 |
| ACCOUNT NO.                                     **Best-Metropolitan Towel & Linen Supply** **PO Box 9004** **60 Madison Avenue** **Hempstead, NY 11551** | | | 10/12  **Unsecured Claim** | | | | 9,958.27 |
| ACCOUNT NO.                                     **BK Fire Suppression** **& Security Systems** **826 Suffolk Avenue** **Brentwood, NY 11717** | | | 10/12  **Unsecured Claim** | | | | 434.50 |

_18_  Continuation sheets attached

Sheet no. _1_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                 **27,238.44**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CODFISH LLC**_____     Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Blank Slate Media LLC**<br>**105 Hillside Avenue**<br>**Williston Park, NY 11596** | | | **10/12**<br>**Unsecured Claim** | | | | **1,350.00** |
| ACCOUNT NO.<br><br>**Borax Paper Products Inc.**<br>**1390 Spofford Avenue**<br>**Bronx, NY 10474** | | | **10/12**<br>**Unsecured Claim** | | | | **286.71** |
| ACCOUNT NO.<br><br>**Caffe Sacco, Inc.**<br>**470 Smith Street**<br>**Farmingdale, NY 11735** | | | **10/12**<br>**Unsecured Claim** | | | | **2,318.00** |
| ACCOUNT NO.<br><br>**Calip Dairies, Inc.**<br>**KOC Ice Cream**<br>**17 Yarmouth Road**<br>**East Rockaway, NY 11518** | | | **10/12**<br>**Unsecured Claim** | | | | **4,922.70** |
| ACCOUNT NO.<br><br>**Capital Contractors, Inc.**<br>** 88 Duryea Rd.**<br>**Melville, NY 11747** | | | **10/12**<br>**Unsecured Claim** | | | | **592.01** |

_18_   Continuation sheets attached

Sheet no. _2_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **9,469.42**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __CODFISH LLC_____     Case No. _____
                                Debtor                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...7167 | | | | | | | 22,892.78 |
| Capital One Bank Loan Services PO Box 4539 Houston, TX 77210 | | | Line of Credit | | | | |
| ACCOUNT NO. ...0084 | | | | | | | 27,933.48 |
| Capital One Bank Loan Services PO Box 4539 Houston, TX 77210 | | | Line of Credit | | | | |
| ACCOUNT NO. | | | 10/12 | | | | 20,258.08 |
| Cesare's Fruit Company, Inc. 22-34 College Point Blvd. College Point, NY 11356 | | | Unsecured Claim | | | | |
| ACCOUNT NO. ....8003 | | | 10/12 | | | | 25,236.74 |
| Chase PO Box 659732 San Antonio, TX 78265 | | | Business Loan | | | | |
| ACCOUNT NO. ....4505 | | | 10/12 | | | | 1,466.86 |
| Chase Card Services 4505 Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | Credit Card | | | | |

__18__  Continuation sheets attached

Sheet no. _3_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    97,787.94

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **CODFISH LLC** _____    Case No. _____

                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    .....6850 <br><br> **Chase Card Services** <br> **4505 Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | | | 10/12 <br> **Credit Card** | | | | 2,523.36 |
| ACCOUNT NO. <br><br> **Chesapeake Seafood & Crab Corp.** <br> **366 North Broadway** <br> **Ste. 410** <br> **Jericho, NY 11753** | | | 10/12 <br> **Unsecured Claim** | | | | 159.00 |
| ACCOUNT NO. <br><br> **Church Bulletin** <br> **PO Box 1659** <br> **North Massapequa, NY 11758-1659** | | | 10/12 <br> **Unsecured Claim** | | | | 372.00 |
| ACCOUNT NO. <br><br> **Church Chonicle Publishing Corp.** <br> **386 Washington Street** <br> **Orange, NJ 07050** | | | 10/12 <br> **Unsecured Claim** | | | | 1,092.00 |
| ACCOUNT NO. <br><br> **Cintas** <br> **PO Box 630803** <br> **Cincinatti, OH 45263-0803** | | | 10/12 <br> **Unsecured Claim** | | | | 123.71 |

<u>18</u>   Continuation sheets attached

Sheet no. <u>4</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  ➤  $          **4,270.07**

                                                        Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **CODFISH LLC** _____        Case No. _____
                                                                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....1596 **Citi Cards PO Box 182564 Columbus, OH 43218-2564** | | | 10/12 **Credit Card** | | | | 4,400.68 |
| ACCOUNT NO. ....6578 **Citi Cards PO Box 182564 Columbus, OH 43218-2564** | | | 10/12 **Credit Card** | | | | 7,228.20 |
| ACCOUNT NO. ....6620 **Citi Cards PO Box 182564 Columbus, OH 43218-2564** | | | 10/12 **Credit Card** | | | | 438.57 |
| ACCOUNT NO. **Clipper Magazine 3708 Hempland Road PO Box 610 Mountville, PA 17554** | | | 10/12 **Unsecured Claim** | | | | 1,606.00 |
| ACCOUNT NO. **Community Coupons Division of the B.C. Corp or NY 100 Carney Street Glen Cove, NY 11542** | | | 10/12 **Unsecured Claim** | | | | 3,870.00 |

18  Continuation sheets attached

Sheet no. 5 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **17,543.45**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____    Case No. _____
Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Delicious Desserts, Inc.**<br>**785 Fifth Avenue**<br>**Brooklyn, NY 11232** | | | 10/12<br><br>**Unsecured Claim** | | | | 2,857.00 |
| ACCOUNT NO.<br><br>**Dolce Casa, Inc.**<br>**4 Saint Rocco Place**<br>**Glen Cove, NY 11542** | | | 10/12<br><br>**Unsecured Claim** | | | | 1,224.00 |
| ACCOUNT NO.<br><br>**Elite Marketing Group, LLC**<br>**3 Andover Drive**<br>**Syosset, NY 11791** | | | 10/12<br><br>**Unsecured Claim** | | | | 1,140.00 |
| ACCOUNT NO.<br><br>**Empire Merchants**<br>**16 Bridgewater Street**<br>**Brooklyn, NY 11222-9964** | | | 10/12<br><br>**Unsecured Claim** | | | | 3,722.84 |
| ACCOUNT NO.<br><br>**Forchelli, Curto, Deegan, et al**<br>**The Omni**<br>**333 Earle Ovington Blvd., Ste 1010**<br>**Uniondale, NY 11553** | | | 10/12<br><br>**Legal Services** | | | | 6,073.67 |

__18__  Continuation sheets attached

Sheet no. _6_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **15,017.51**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____    Case No. _____
                                                                Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Frank's Beverages**<br>**59 Cedar Swamp Road**<br>**Glen Cove, NY 11542** | | | **10/12**<br><br>**Unsecured Claim** | | | | **1,086.00** |
| ACCOUNT NO.<br><br>**Frederick Wildman & Sons, Ltd.**<br>**307 East 53 Street**<br>**New York, NY 10022** | | | **10/12**<br><br>**Unsecured Claim** | | | | **2,000.99** |
| ACCOUNT NO.<br><br>**Gebhardt, Inc.**<br>**140 East 2nd Street**<br>**Mineola, NY 11501** | | | **10/12**<br><br>**Unsecured Claim** | | | | **307.41** |
| ACCOUNT NO.<br><br>**Gino's Farmland**<br>**169 New Hyde Park Rd.**<br>**Franklin Square, NY 11010** | | | **10/12**<br><br>**Unsecured Claim** | | | | **6,809.00** |
| ACCOUNT NO.<br><br>**Gra-Bar, Inc.**<br>**102 Bond Street**<br>**Westbury, NY 11590** | | | **10/12**<br><br>**Unsecured Claim** | | | | **3,140.74** |

_18_  Continuation sheets attached

Sheet no. _7_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **13,344.14**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____     Case No. _____

                                   Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Great Restaurants of Long Island**<br>**PO Box 2201**<br>**Halesite, NY 11743** | | | 10/12<br>**Unsecured Claim** | | | | **8,400.00** |
| ACCOUNT NO.<br>**Gustavo R. Delgado**<br>**c/o Arthur H. Forman, Esq.**<br>**98-20 Metropolitan Avenue**<br>**Forest Hills, NY 11375** | | | 12/12<br>**Possible Liability for Unpaid Wages** | | | | **Unknown** |
| ACCOUNT NO.<br>**Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas TX 75262** | | | 10/12<br>**Credit Card** | | | | **6,107.00** |
| ACCOUNT NO.<br>**Isgus America, LLC**<br>**155 Pompton Avenue**<br>**Ste. 203**<br>**Verona, NJ 07044** | | | 10/12<br>**Unsecured Claim** | | | | **2,063.88** |
| ACCOUNT NO.<br>**Jamaica Ash & Rubbish Removal Inc.**<br>**PO Box 833**<br>**Westbury, NY 11590** | | | 10/12<br>**Unsecured Claim** | | | | **3,894.52** |

              18   Continuation sheets attached

Sheet no.  8  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                            Subtotal  ➢  $       **20,465.40**

                                                            Total  ➢  $

                              (Use only on last page of the completed Schedule F.)
                   (Report also on Summary of Schedules and, if applicable on the Statistical
                              Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____    Case No. _____

                                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Jewel of the Sea**<br>**8049 Jericho Tpke**<br>**Woodbury, NY 11797** | | | 10/12<br><br>**Unsecured Claim** | | | | **4,722.56** |
| ACCOUNT NO.<br><br>**Jewish Post**<br>**1807 73 Street**<br>**Brooklyn, NY 11204-9839** | | | 10/12<br><br>**Unsecured Claim** | | | | **600.00** |
| ACCOUNT NO.<br><br>**LaRosa Bros.**<br>**52 Wolcott Road**<br>**Levittown, NY 11756** | | | 10/12<br><br>**Unsecured Claim** | | | | **3,598.67** |
| ACCOUNT NO. **10-CIV-5641**<br><br>**Laura Chamaidan**<br>**c/o Milman Labuda Law Group, PLLC**<br>**3000 Markus Avenue**<br>**Ste. 3W8**<br>**Lake Success, NY 11042** | | | 5/12<br><br>**Possible Liability for Unpaid Wages** | | | | **Unknown** |
| ACCOUNT NO.<br><br>**Light Box**<br>**535 Hawkins Avenue**<br>**Ronkonkoma, NY 11779** | | | 10/12<br><br>**Unsecured Claim** | | | | **762.80** |

<u>18</u>  Continuation sheets attached

Sheet no. <u>9</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **9,684.03**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  __CODFISH LLC_____    Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lighthouse Beverage Group, N.A.<br>3907 N. Federal Hwy. #156<br>Pompano Beach, FL 33064 | | | 10/12<br><br>Unsecured Claim | | | | 955.20 |
| ACCOUNT NO.<br><br>Lioni Specialty Foods, Inc.<br>555 Lehigh Avenue<br>Union, NJ 07083 | | | 10/12<br><br>Unsecured Claim | | | | 3,910.00 |
| ACCOUNT NO.    06482007470<br><br>LIPA<br>PO Box 888<br>Hicksville NY 11801 | | | 10/12<br><br>Utility Service | | | | 25,493.52 |
| ACCOUNT NO.<br><br>Liturgical Publications Inc.<br>5 Progress Drive<br>Cromwell, CT 06416-1096 | | | 10/12<br><br>Unsecured Claim | | | | 991.00 |
| ACCOUNT NO.<br><br>Long Island Soda Systems<br>11 Evergreen Avenue<br>Patchogue, NY 11772 | | | 10/12<br><br>Unsecured Claim | | | | 2,491.00 |

___18___  Continuation sheets attached

Sheet no. _10_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          33,840.72

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____          Case No. _____

                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mainly Marketing Enterprises, Inc.**<br>**24 East Main Street**<br>**Ste. 201**<br>**PO Box 1439**<br>**Port Washington, NY 11050** | | | **10/12**<br>**Unsecured Claim** | | | | **1,200.00** |
| ACCOUNT NO. <br><br>**Mathew's Prime**<br>**245 Rte. 109**<br>**West Babylon, NY 11704** | | | **10/12**<br>**Unsecured Claim** | | | | **14,703.57** |
| ACCOUNT NO. <br><br>**Merging Technologies**<br>**PO Box 11142**<br>**Hauppauge, NY 11788** | | | **10/12**<br>**Unsecured Claim** | | | | **6,762.78** |
| ACCOUNT NO. <br><br>**MetroTouch, Inc.**<br>**351 East 84 Street**<br>**Ste. 17D**<br>**New York, NY 10028** | | | **10/12**<br>**Unsecured Claim** | | | | **1,322.33** |
| ACCOUNT NO. <br><br>**Milman Labuda Law Group, PLLC**<br>**3000 Marcus Avenue**<br>**Ste. 3W8**<br>**Lake Success, NY 11042** | | | **10/12**<br>**Legal Services** | | | | **142,316.78** |

  18  Continuation sheets attached

Sheet no.  11  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                Subtotal  ➤  $           **166,305.46**

                                                                   Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __CODFISH LLC_____

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Multi-Flow Industries**<br>**1434 County Line Road**<br>**Huntingdon Valley, PA 19006** | | | **10/12**<br><br>**Unsecured Claim** | | | | **915.06** |
| ACCOUNT NO.  **06482007488**<br><br>**National Grid**<br>**PO Box 9083**<br>**Melville, NY 11747** | | | **10/12**<br><br>**Utility Service** | | | | **13,851.02** |
| ACCOUNT NO.<br><br>**New York Ravioli & Pasta, Co.**<br>**12 South Denton Avneue**<br>**New Hyde Park, NY 11040** | | | **10/12**<br><br>**Unsecured Claim** | | | | **2,891.20** |
| ACCOUNT NO.<br><br>**Newsday**<br>**235 Pinelawn Road**<br>**Melville, NY 11747** | | | **10/12**<br><br>**Unsecured Claim** | | | | **1,700.00** |
| ACCOUNT NO.<br><br>**North Shore Today**<br>**PO Box 734**<br>**Hickville, NY 11802** | | | **10/12**<br><br>**Unsecured Claim** | | | | **721.00** |

__18__  Continuation sheets attached

Sheet no. __12__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **20,078.28**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __CODFISH LLC_____          Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NY Metro Parents**<br>**1400 Broadway**<br>**5th Floor**<br>**New York, NY 10018** | | | **10/12**<br>**Unsecured Claim** | | | | **3,060.00** |
| ACCOUNT NO.<br><br>**Ocean Frost Corp.**<br>**417 Mulburry Street**<br>**Newark, NJ 07114** | | | **10/12**<br>**Unsecured Claim** | | | | **11,786.20** |
| ACCOUNT NO.<br><br>**Ocean Seafood Distributors**<br>**196-208 Emmet Street**<br>**Newark, NJ 07114** | | | **10/12**<br>**Unsecured Claim** | | | | **3,034.00** |
| ACCOUNT NO.<br><br>**Paper Tops**<br>**15 Canterbury Drive**<br>**Hauppauge, NY 11788** | | | **10/12**<br>**Unsecured Claim** | | | | **5,255.00** |
| ACCOUNT NO.<br><br>**Parking Systems**<br>**PO Box 160**<br>**Valley Stream, NY 11582** | | | **10/12**<br>**Unsecured Claim** | | | | **13,980.00** |

__18__  Continuation sheets attached

Sheet no. __13__ of __18__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    **37,115.20**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CODFISH LLC**                                      Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Perlson, LLP**<br>**977 North Broadway**<br>**North Massapequa, NY 11758** | | | **10/12**<br>**Unsecured Claim** | | | | **9,500.00** |
| ACCOUNT NO.<br><br>**Peter Hewiston, Sr.**<br>**146 Schley Avenue**<br>**Albertson, NY 11507** | | | **Loan** | | | | **220,000.00** |
| ACCOUNT NO.<br><br>**Peter Hewitson**<br>**2370 Jericho Turnpike**<br>**Garden City Park, NY 1040** | | | **Loan** | | | | **125,000.00** |
| ACCOUNT NO.<br><br>**Peter's Fruit, Co.**<br>**52 Old Dock Road**<br>**Yaphank, NY 11980** | | | **10/12**<br>**Unsecured Claim** | | | | **2,483.00** |
| ACCOUNT NO.<br><br>**PG Media Network Corp.**<br>**419 Park Avenue South**<br>**New York, NY 10016** | | | **10/12**<br>**Unsecured Claim** | | | | **4,290.00** |

___18___  Continuation sheets attached

Sheet no. _14_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        **361,273.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __CODFISH LLC_____     Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Preferred Tomatoes**<br>PO Box 277<br>Greenvale, NY 11548 | | | 10/12<br><br>**Unsecured Claim** | | | | 670.00 |
| ACCOUNT NO.<br><br>**Queens Courier**<br>38-15 Bell Blvd.<br>Bayside, NY 11361 | | | 10/12<br><br>**Unsecured Claim** | | | | 900.00 |
| ACCOUNT NO.<br><br>**Queens Tribune**<br>150-50 14 Road<br>Whitestone, NY 11357 | | | 10/12<br><br>**Unsecured Claim** | | | | 2,000.00 |
| ACCOUNT NO.<br><br>**Richard Ciullo**<br>2870 Rugby Road<br>Oceanside, NY 11572 | | | **Promissory Note** | | | | 84,500.00 |
| ACCOUNT NO.<br><br>**Sansone Food Products Co., Inc.**<br>2133 Jericho Tpke<br>Garden City Park, NY 11040 | | | 10/12<br><br>**Unsecured Claim** | | | | 13,544.80 |

____18___ Continuation sheets attached

Sheet no. __15_ of _18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                           101,614.80

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC** _____     Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Southern Wine & Spirits of New York**<br>**345 Underhill Blvd.**<br>**PO Box 9034**<br>**Syosset, NY 11791-9034** | | | **10/12**<br><br>**Unsecured Claim** | | | | **9,101.05** |
| ACCOUNT NO.<br><br>**Spinnaker Rose, Ltd.**<br>**Thasa Realty LLC**<br>**72 East Old Country Road**<br>**Mineola, NY 11501** | | | **Rental Arrears & Taxes** | | | X | **21,000.00** |
| ACCOUNT NO.<br><br>**Square Deal Coupons.com, Inc.**<br>**1670 Old Country Road**<br>**Ste. 104**<br>**Plainview, NY 11803** | | | **10/12**<br><br>**Unsecured Claim** | | | | **1,047.00** |
| ACCOUNT NO.<br><br>**State Farm Bank**<br>**PO Box 588002**<br>**North Metro, GA 30029-8002** | | | **10/12**<br><br>**Unsecured Claim** | | | | **2,647.00** |
| ACCOUNT NO.<br><br>**Tower Times Publications, Inc.**<br>**8 Colonial Street**<br>**East Northport, NY 11731** | | | **10/12**<br><br>**Unsecured Claim** | | | | **1,528.00** |

____18____  Continuation sheets attached

Sheet no. __16__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **35,323.05**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __CODFISH LLC_____  Case No. _____
                          Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Town Planner** <br> **2233 Fouth Street** <br> **East Meadow, NY 11554** | | | **10/12** <br><br> **Unsecured Claim** | | | | **2,500.00** |
| ACCOUNT NO. <br><br> **Travelers** <br> **Remittance Center** <br> **Hartford, CT 06183-1008** | | | **10/12** <br><br> **Unsecured Claim** | | | | **519.68** |
| ACCOUNT NO. <br><br> **Tri-State Malted Waffles, Inc.** <br> **PO Box 197** <br> **Milford, NH 03055** | | | **10/12** <br><br> **Unsecured Claim** | | | | **400.00** |
| ACCOUNT NO. <br><br> **Two Cousins Fish Market** <br> **75 Bennington Avenue** <br> **Freeport, NY 11520** | | | **10/12** <br><br> **Unsecured Claim** | | | | **7,869.83** |
| ACCOUNT NO. <br><br> **US Dept. of Labor** <br> **Wage & Hour Division** <br> **1400 Old Country Road** <br> **Suite 410** <br> **Westbury, NY 11590-5119** | | | **10/12** <br><br> **Wage & Hour Claim** | | | | **375,000.00** |

___18___ Continuation sheets attached

Sheet no. ___17__ of __18__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        **386,289.51**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CODFISH LLC**                                                              Case No. _____

                                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Vail & Schneider, P.C. 275 Madison Avneue New York, NY 10016** | | | 10/12  **Legal Fees** | | | | **53,000.00** |
| ACCOUNT NO.  **Warren Electric Protection Sys, Inc. 2169 Wantagh Avenue PO Box 3000 Wantagh, NY 11793** | | | 10/12  **Unsecured Claim** | | | | **466.55** |
| ACCOUNT NO.  **Westbury Fish Company 249B Drexel Avenue Westbury, NY 11590** | | | 10/12  **Unsecured Claim** | | | | **1,002.48** |
| ACCOUNT NO.  **Wooden Ships, Inc. 300 Park Avenue Garden City Park, NY 11040** | | | 10/12  **Unsecured Claim** | | | | **1,368.00** |
| ACCOUNT NO.  **Yellow Book, USA PO Box 11815 Newark, NJ 07101-8115** | | | 10/12  **Unsecured Claim** | | | | **6,405.50** |

<u>18</u>   Continuation sheets attached

Sheet no. <u>18</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **62,242.53**

Total  ➢  $              **1,472,510.59**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **CODFISH LLC**
                              **Debtor**                     Case No. _____
                                                                            **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **C&J Vantage Leasing Co<br>PO Box 8219<br>Des Moines, IA 50301**<br><br><br>**Liberty Bank<br>West Des Moines, IA 50266** | **Telephone system lease no. 028781; $90 monthly** |
| **Spinnaker Rose, Ltd.<br>Thasa Realty LLC<br>72 East Old Country Road<br>Mineola, NY 11501** | **Lease dated 12/31/06, expiring 12/31/16, for nonresidential real property located 2370 Jericho Tpke., Garden City Park, NY 11040<br>Monthly rent $7,535.28; Security deposit $15,070.56** |

**B6H (Official Form 6H) (12/07)**

In re: __CODFISH LLC_____.          Case No. _____
                                  **Debtor**                                                          **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CODFISH of Suffolk LLC**<br>**368 E.Main Street**<br>**Smithtown, NY 11787** | **American Express TRS Co Inc**<br>**200 Vesey Street**<br>**New York, NY 10080** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

### United States Bankruptcy Court

### Eastern District of New York

In re  **CODFISH LLC**                                                                    ,        Case No. _____
                                        Debtor
                                                                                                    Chapter    11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     52,070.56 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     122,162.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $     166,659.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $   1,472,510.59 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 30 | $     52,070.56 | $   1,761,332.82 | |

Form 6 - Statistical Summary (12/07)

Official Form B6 - Statistical Summary (12/07)                                    2007 USBC, Central District of California

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)        UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF NEW YORK

In re _____ ,        Case No. _____
                        Debtors                     Chapter   _____

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| In re                                    Debtor(s). | CHAPTER: <br> CASE NO.: |
| Debtor(s): | Case No.: <br> (If known) <br> Chapter: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

2007 USBC, Central District of California

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)          UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF NEW YORK

In re _____,          Case No. _____

                              Debtors          Chapter _____

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| In re                                    Debtor(s). | CHAPTER:<br>CASE NO.: |
| Debtor(s): | Case No.:<br>(If known)<br>Chapter: |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **0.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **0.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **CODFISH LLC**                                                                    Case No. _____

                              **Debtor**                                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Peter Hewitson**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of ___**32**_____ sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date ___**11/9/2012**_____          Signature:  **s/ Peter Hewitson**_____

                                                                              **Peter Hewitson Managing Member**_____
                                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## United States Bankruptcy Court
## Eastern District of New York

In re:   **CODFISH LLC**                                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Peter Hewiston** | | **100% interest** | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Peter Hewitson**, **Managing Member** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   <u>11/9/2012</u>                          s/ Peter Hewitson

                                              **Peter Hewitson, Managing Member, CODFISH LLC**
                                              Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**

**Eastern District of New York**

In re:  **CODFISH LLC**                                              ,       Case No. _____

Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
❏

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 2,825,376.00 | **Gross Receipts** | **2010** |
| 3,516,465.00 | **Gross Receipts** | **2011** |
| 2,720,106.00 | **Gross Receipts** | **Year Thru October 31, 2012** |

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Laura Chamaidan v. Debtor 10-5641 (WDW)** | **Unpaid Wages** | **US District Court/EDNY** | **Pending** |
| **Gustavo R. Delgado v. Debtor** | **Unpaid Wages** | **US District Court EDNY** | **Pending** |
| **Hilda L. Solis, Secretary of Labor, U.S. Dept of Labor v Debtor et al 11/0435** | **Wage & Hour Claims** | **United States District Court Eastern District of New York** | **Settled** |

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.   Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.   Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.   Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steinberg Fineo Berger Fischoff PC 40 Crossways Park Drive Woodbury NY  11797** | **$15,000.00 paid 10/26/12 and $8,589.00 paid on 11/6/12** | **hourly** |

## 10.  Other transfers

None

☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None

☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑  b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Perlson Touhy & Co LLP** **977 North Broadway** **North Massapequa, NY 11758** | **On-going** |

None ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ❑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

**Debtor**

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ❑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**Peter Hewiston**                      **Managing Member**        **100% interest**

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                              DATE OF WITHDRAWAL

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                            TITLE                    DATE OF TERMINATION

### 23.  Withdrawals from a partnership or distributions by a corporation

None

□

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Peter Hewiston<br>    Managing Member | Salary | $35,000 2011<br>$5,000 2012 |

### 24.  Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25.  Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                     TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   __11/9/2012_____            Signature   **s/ Peter Hewitson**_____

                                                                **Peter Hewitson, Managing Member**_____
                                                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In re:    **CODFISH LLC**

Debtor

Case No. _____
Chapter    **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept    $ _____ **hourly**

Prior to the filing of this statement I have received    $ _____ **22,500.00**

Balance Due    $ _____

2. The source of compensation paid to me was:

☐ Debtor    ☑ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) [Other provisions as needed]
   **See Retainer Agreement**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**See Retainer Agreement**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **11/9/2012**

**/s/ Gary C. Fischoff**
**Gary C. Fischoff, Bar No.  gf-0033**

**Steinberg Fineo Berger Fischoff PC**
Attorney for Debtor(s)

## United States Bankruptcy Court
## Eastern District of New York

In re   **CODFISH LLC**                                    Case No.

Debtor.                                                    Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **CODFISH LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

___**X**___   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                 **% of Shares Owned**

**Peter Hewitson**                                        **100**
**2370 Jericho Turnpike**
**Garden City Park, NY 11040**

OR,

_____   There are no entities to report.

By:  **/s/ Gary C. Fischoff**
     **Gary C. Fischoff**
     Signature of Attorney

Counsel for        **CODFISH LLC**

Bar no.:           **gf-0033**

Address.:          **Steinberg Fineo Berger Fischoff PC**
                   **40 Crossways Park Drive**
                   **Woodbury NY  11797**

Telephone No.:     **(516) 747-1136**

Fax No.:           **(516) 747-0382**

E-mail address:    **gfischoff@sfbblaw.com**