UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE:

    CODFISH, LLC., d/b/a
    UNCLE BACALA'S

              DEBTOR(S)
-------------------------------------------------------------X

CHAPTER 11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

S I R S:

    PLEASE TAKE NOTICE, that ANCONA ASSOCIATES hereby enters its appearance as attorney for RICHARD CIULLO, 2870 Rugby Road, Oceanside, NY 11572-3347 a creditor in the above captioned matter, and pursuant to Bankruptcy Rules 2002 and 9010, requests that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be served in this matter be given to and served upon the following:

                Ancona Associates
            220 Old Country Road, 1st Floor
                 Mineola, NY 11501

PLEASE TAKE FURTHER NOTICE, that the forgoing request includes not only the notices and papers referred to in the above Rules, but and also includes, notices of any orders, pleadings, motions, or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, telephone or otherwise.

Dated: January 22, 2013
       Mineola, NY

                                        _____
                                        Dustin A. Levine, Esq.
                                        ANCONA ASSOCIATES
                                  220 Old Country Road, 1st Floor
                                              Mineola, NY 11501
                                                (516) 739-1803

TO:  United States Trustee
       Long Island Federal Courthouse
       560 Federal Plaza
       Central Islip, NY 11722

Gary C. Fischoff
Steinberg, Fineo, Berger & Fischoff
40 Crossways Park Drive
Woodbury, NY 11797